**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | Criminal No. 20CR10077 |
| v. | ) | |
| | ) | |
| CHAIYA CHAN, | ) | **FILED UNDER SEAL** |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S MOTION TO SEAL INDICTMENT

The United States Attorney hereby respectfully moves the Court to seal the indictment, this motion and the Court's order on this motion, and any other paperwork related to this matter, until further order of this Court. As grounds for this motion, the government states that public disclosure of these materials at this juncture could jeopardize the government's ongoing investigation of this case, as well as the government's ability to arrest the defendant.

The United States Attorney further moves pursuant to General Order 06-05 that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents that the United States Attorney has filed in the above-styled matter.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: /s/ Christopher Pohl
Christopher Pohl
Assistant U.S. Attorney

Dated: March 11, 2020

March 11, 2020 allowed
M.P.C. Bul, USMJ